**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**HATTIESBURG DIVISION**

**RUSSELL K. HILL, #L3506**                                                                      **PLAINTIFF**

**VERSUS**                                                       **CIVIL ACTION NO. 2:02cv384KS-RHW**

**ROBERT MINGO, et al.**                                                                      **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the <u>15th</u> day of December, 2005.


                                            s/ *Keith Starrett*
                                            UNITED STATES DISTRICT JUDGE